| AO 10<br>Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2011 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Saylor, F. Dennis IV | 2. Court or Organization<br><br>U.S. District Court, Mass. | 3. Date of Report<br><br>5/7/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐  Amended Report | 6. Reporting Period<br><br>1/1/2011<br>to<br>12/31/2011 |
| 7. Chambers or Office Address<br><br>Donohue Federal Building<br>595 Main Street<br>Worcester, MA 01608 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Adjunct Professor of Law | Boston University School of Law |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Saylor, F. Dennis IV | 5/7/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 1/11-5/11 | Boston University School of Law - teaching | $7,900.00 |
| 2. 9/11-12/11 | Boston University School of Law - teaching | $7,900.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | U.S. Department of Justice - salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Saylor, F. Dennis IV | 5/7/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Saylor, F. Dennis IV | 5/7/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America | A | Interest | J | T | | | | | |
| 2. Bank of America | A | Interest | J | T | | | | | |
| 3. Fidelity Cash Reserves | A | Dividend | L | T | Sold (part) | 05/06/11 | J | | |
| 4. | | | | | Sold (part) | 06/03/11 | K | | |
| 5. | | | | | Sold (part) | 06/17/11 | K | | |
| 6. | | | | | Sold (part) | 07/13/11 | K | | |
| 7. | | | | | Sold (part) | 08/01/11 | K | | |
| 8. | | | | | Sold (part) | 08/23/11 | K | | |
| 9. | | | | | Buy (add'l) | 09/13/11 | K | | |
| 10. | | | | | Sold (part) | 09/20/11 | J | | |
| 11. | | | | | Sold (part) | 09/29/11 | J | | |
| 12. | | | | | Buy (add'l) | 10/14/11 | J | | |
| 13. Fidelity Cash Reserves | A | Dividend | J | T | | | | | |
| 14. Fidelity Stock Selector Small Cap Mutual Fund | A | Dividend | K | T | | | | | |
| 15. Fidelity Mid Cap Stock Mutual Fund | B | Dividend | K | T | | | | | |
| 16. Fidelity Growth Co. Mutual Fund | B | Dividend | K | T | | | | | |
| 17. Fidelity UFund 429 Plan | | None | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Saylor, F. Dennis IV | 5/7/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Fidelity UFund 429 Plan | | None | L | T | | | | | |
| 19. Fidelity UFund 429 Plan | | None | L | T | | | | | |
| 20. Vanguard 500 Index Mutual Fund | B | Dividend | L | T | | | | | |
| 21. Vanguard US Growth Mutual Fund | A | Dividend | J | T | | | | | |
| 22. Vanguard 500 Index Mutual Fund | A | Dividend | J | T | | | | | |
| 23. Vanguard 500 Index Mutual Fund | A | Dividend | J | T | | | | | |
| 24. Vanguard 500 Index Mutual Fund | A | Dividend | J | T | | | | | |
| 25. Vanguard Prime Money Market Fund | A | Dividend | K | T | Sold (part) | 08/11/11 | K | | |
| 26. | | | | | Sold (part) | 12/19/11 | K | | |
| 27. Janus Worldwide Mutual Fund | A | Dividend | J | T | | | | | |
| 28. Third Avenue Value Mutual Fund | A | Dividend | J | T | | | | | |
| 29. Franklin Templeton World Fund A Mutual Fund | A | Dividend | J | T | | | | | |
| 30. T. Rowe Price New Horizons Mutual Fund | A | Dividend | K | T | | | | | |
| 31. MONY: Life Insurance Policies | A | Dividend | J | T | | | | | |
| 32. IRA Fidelity: Growth Discovery Mutual Fund | A | Dividend | J | T | | | | | |
| 33. IRA Fidelity: Contrafund Mutual Fund | A | Dividend | J | T | | | | | |
| 34. IRA Fidelity: Japan Mutual Fund | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Saylor, F. Dennis IV | 5/7/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. IRA Fidelity: Puritan Mutual Fund | B | Dividend | M | T | | | | | |
| 36. IRA Fidelity: Growth Discovery Mutual Fund | A | Dividend | J | T | | | | | |
| 37. IRA Fidelity: Magellan Mutual Fund | A | Dividend | J | T | | | | | |
| 38. IRA Fidelity: Blue Chip Growth Mutual Fund | A | Dividend | J | T | | | | | |
| 39. IRA Fidelity: Spartan 500 Index Fund | A | Dividend | K | T | | | | | |
| 40. IRA Fidelity: Capital Appreciation Fund | A | Dividend | L | T | | | | | |
| 41. IRA Fidelity: Contrafund | A | Dividend | M | T | | | | | |
| 42. IRA Fidelity: Fidelity Fund | A | Dividend | L | T | | | | | |
| 43. IRA Fidelity: Mid-Cap Stock Fund | A | Dividend | J | T | | | | | |
| 44. IRA Fidelity: Real Estate Investment Fund | A | Dividend | J | T | | | | | |
| 45. IRA Fidelity: Value Fund | A | Dividend | L | T | | | | | |
| 46. IRA Fidelity: Cash Reserves | | None | J | T | | | | | |
| 47. IRA Vanguard: 500 Index Mutual Fund | C | Dividend | M | T | | | | | |
| 48. Fidelity Spartan 500 Index Fund | A | Dividend | K | T | | | | | |
| 49. Brown Forman Corp. stock | A | Dividend | K | T | | | | | |
| 50. General Electric Co. stock | A | Dividend | J | T | | | | | |
| 51. BP PLC stock | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Saylor, F. Dennis IV | 5/7/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Int'l Paper Co. stock | A | Dividend | J | T | | | | | |
| 53. United Technologies Corp. stock | A | Dividend | J | T | | | | | |
| 54. Verizon Communications Corp. stock | A | Dividend | J | T | | | | | |
| 55. TriContinental Corp. Mutual Fund | A | Dividend | J | T | | | | | |
| 56. Vanguard Prime Money Mkt. Fund | B | Dividend | J | T | | | | | |
| 57. Catherine F. Cherry Revocable Trust | | None | J | T | | | | | |
| 58. Doral Bank CD | D | Interest | | | Redeemed | 06/03/11 | M | | |
| 59. First Bank Puerto Rico CD | B | Interest | M | T | | | | | |
| 60. First Bank Puerto Rico CD | A | Interest | K | T | | | | | |
| 61. Frontier Communications Corp. | A | Dividend | J | T | | | | | |
| 62. Ally Bank CD | A | Interest | M | T | Buy | 06/08/11 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Saylor, F. Dennis IV | 5/7/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Saylor, F. Dennis IV | 5/7/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ F. Dennis IV Saylor**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544